# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-0079-DGK |
| | ) | |
| $442,992.97 IN UNITED STATES CURRENCY SEIZED FROM WELLS FARGO ACCOUNT NUMBER 1838647582, et al., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DEFAULT JUDGMENT OF FORFEITURE

Plaintiff filed this amended motion to correct an error in their original Motion for Default Judgment of Forfeiture (Doc. 99). For that reason, Plaintiff's original Motion for Default Judgment of Forfeiture (Doc. 99) is DENIED as moot.

Now before the Court is Plaintiff's Amended Motion for Default Judgment of Forfeiture pursuant to Federal Rule of Civil Procedure 55(b)(2) (Doc. 100).

Plaintiff has shown there was reasonable cause for seizure of the defendant properties, a first amended complaint for forfeiture was filed, all known potential claimants were served by certified mail, return receipt, and that any and all other claimants have been served by publication. No potential claimant has filed a timely claim to the defendant properties.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED:

(1) Default judgment of forfeiture is hereby entered against the following defendant properties:

- 340 product keys from file cabinet seized from Friendly Earth;
- 20 miscellaneous computer equipment and cellular phones seized from Friendly Earth;

- 4,099 Microsoft certificate of authenticity labels with product keys seized from Rex Yang;
- 543 miscellaneous software CDs and DVDs seized from Rex Yang;
- 16,940 miscellaneous software certificates of authenticity and product keys seized from Rex Yang;
- 2,725 miscellaneous software and product keys seized from Rex Yang; and
- 29 Microsoft office product key cards seized from Rex Yang.

(2)  The following defendant properties are hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(A) and (a)(1)(C):

- 340 product keys from file cabinet seized from Friendly Earth;
- 20 miscellaneous computer equipment and cellular phones seized from Friendly Earth;
- 4,099 Microsoft certificate of authenticity labels with product keys seized from Rex Yang;
- 543 miscellaneous software CDs and DVDs seized from Rex Yang;
- 16,940 miscellaneous software certificates of authenticity and product keys seized from Rex Yang;
- 2,725 miscellaneous software and product keys seized from Rex Yang; and
- 29 Microsoft office product key cards seized from Rex Yang.

(3)  Defendants that are part of this Order shall be disposed of according to law;

(4)  All persons claiming any right, title, or interest in or to the Defendants that are part of this Order are held in default;

(5)  All claims and interests in Defendants that are part of this Order, except as provided herein, are forever foreclosed and barred; and

(6)  The Clerk of the Court shall enter a judgment consistent with this order.

**IT IS SO ORDERED.**

Dated:  January 17, 2017              /s/ Greg Kays
                                      GREG KAYS, CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT